

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUN. 24. 2015.

6/17/2015
LEWIS, DARREN D.     Tr. Ct. No. 1431657-A          WR-83,458-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Return to Sender

Not here

Abel Acosta, Clerk

DARREN D. LEWIS
~~DOMINGUEZ UNIT~~ TDC # 1964379